UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LMG FIREARMS, LLC | Case No. 1:25-cv-00166 |
| Petitioner, | Judge Hopkins |
| v. | NOTICE OF DISMISSAL |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Respondent. | |

Petitioner, LMG Firearms, LLC, hereby dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

*Dated; July 15, 2025*

Respectfully submitted,

*/s/ Zachary Gottesman*
Zachary Gottesman, Esq.
Gottesman & Associates, LLC
9200 Montgomery Road,
Bldg. E, Ste. 18B
Cincinnati, Ohio 45242
Phone: 513/651-2121
*Counsel for Petitioner LMG Firearms, LLC*

**Certificate Of Service**

I certify that on July 15, 2024, I served a copy of the foregoing upon counsel for the Defendants by filing this pleading using CM/ECF which provides notice of its filing to all parties and/or their counsel of record.

*/s/Zachary Gottesman*
Zachary Gottesman (0058675)

1